

THE RESOLUTION EXPERTS

# APPOINTMENT OF ARBITRATOR

NOTICE TO ALL PARTIES                               October 8, 2015

    Re:   <u>Burns, Connie, Individually, and Personal Representative for Estate of Woods, Geneva vs. Covenant Health & Rehab of Picayune, LLC</u>
           Reference #: 1440004617

Dear Parties:

Hon. Elizabeth Glazebrook Watson (Former) has been appointed as Arbitrator in the above-referenced matter. In accordance with the JAMS Comprehensive Arbitration Rules & Procedures no party may have *ex-parte* communications with the Arbitrator. Any necessary communication with the Arbitrator must be initiated through the case manager.

The Arbitrator will bill in accordance with the enclosed Fee Schedule. The arbitration will be administered consistent with the enclosed JAMS Policy on Consumer Arbitrations, Minimum Standards of Procedural Fairness. According to this policy, the non-consumer party is responsible for 100% of the cost of the arbitration and will be billed accordingly. JAMS will also administer the case consistent with JAMS Cancelation/Continuance policy. Any party who cancels or continues a hearing after the deadline will be responsible for 100% of the professional fees unless we can fill the reserved but unused time with another matter.

Under appropriate circumstances, the arbitrator may award JAMS fees and expenses against any party. In California, the arbitration provision shall not require the consumer to pay the fees and costs incurred by the opposing party if the consumer does not prevail, and we will not enforce such a provision in the parties' agreement. JAMS agreement to render services is not only with the parties, but extends to the attorney or other representative of the parties in the arbitration.

The paying party has been billed a preliminary retainer to cover the expense of all pre-hearing work, such as reading, drafting of orders, and conference calls. Enclosed is an invoice for this retainer. Upon receipt of payment, a Preliminary Arbitration Management Conference Call will be scheduled with the Arbitrator.

If you have questions, please contact me directly at 404-566-2156. We look forward to working with you.

Sincerely,

Ankur Haldar
Case Manager
ahaldar@jamsadr.com



EXHIBIT R

ONE ATLANTIC CENTER
1201 WEST PEACHTREE ST., N.W.  SUITE 2650  ATLANTA, GA 30309  TEL 404-588-0900  FAX 404-588-0905



# INVOICE

**Invoice Date**: 09/28/15
**Invoice Number**: 0003553770-440

To: Williams Grubbs, Esq.
Quintairos, Prieto, Wood, et al.
215 S. Monroe Street
Suite 600
Tallahassee, FL 32301

Reference #: 1440004617 AH
Billing Specialist: Erwin Gonzalez
Email: egonzalez@jamsadr.com
Telephone: (949) 224-4642
Employer ID: 68-0542699

RE: Burns, Connie, Individually, and Personal Representative for Estate of Woods, Geneva vs. Covenant Health & Rehab of Picayune, LLC

Representing: Covenant Health & Rehab of Picayune, LLC
Neutral(s): Hon. Elizabeth Glazebrook Watson (Former)

Hearing Type: Arbitration

Rep# 2

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|
| 09/25/15 | Hon. Elizabeth Glazebrook Watson (Former) Retainer Fees. To be applied to reading, research, preparation, etc. NOTE: At the conclusion of the case, any unused portion of this retainer will be refunded. | 5,750.00 | 1 | 5,750.00 |
| | Expenses/Retainers | | | 5,750.00 |
| | Total | | $ | 5,750.00 |
| | Outstanding Balance as of 10/08/15 | | $ | 5,750.00 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

Standard mail:
File 1750
1801 W. Olympic Blvd.
Pasadena, CA 91199-1750

Overnight mail:
1920 Main St. Suite 300
Irvine, CA 92614

Page 1 of 1