IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF MISSISSIPPI
SOUTHERN DIVISION

CONNIE BURNS, INDIVIDUALLY, AND AS
PERSONAL REPRESENTATIVE OF THE ESTATE
OF GENEVA WOODS AND ON BEHALF OF THE
WRONGFUL DEATH BENEFICIARIES OF
GENEVA WOODS, DECEASED                                                          PLAINTIFF

VERSUS                                              CAUSE NO.:  1:15 cv 378 HSO-JCG

COVENANT HEALTH & REHAB OF PICAYUNE, LLC                    DEFENDANT

## AGREED STIPULATION OF DISMISSAL UNDER F.R.C.P. 41(a)(1)(A)(ii)

**COME NOW**, the Plaintiff Connie Burns, Individually, and as Personal Representative of the Estate of Geneva Woods and on Behalf of the Wrongful Death Beneficiaries of Geneva Woods, Deceased, and the Defendant, Covenant Health & Rehab of Picayune, LLC, to voluntarily dismiss this cause. Pursuant to F.R.C.P. 41(a)(1)(A)(ii), the parties agree to dismissal of this action. Therefore the dismissal of the Complaint is permitted by F.R.C.P. 41(a)(1)(A)(ii).

**RESPECTFULLY SUBMITTED**, this the 27th day of December, 2016.

| | |
|---|---|
| */s/ Ashley W. Gunn* | */s/ John D. Houston* |
| **ASHLEY W. GUNN** MBN# 104375 | **WILLIAM E. GRUBBS** MBN# 100049 |
| **JOE S. OWEN** MBN# 3965 | **JOHN D. HOUSTON** MBN# 99602 |
| Attorneys for Plaintiff | Attorneys for Defendant |